UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT GEORGE CURTIS,<br><br>      Plaintiff,<br><br>  v.<br><br>WAL-MART REAL ESTATE BUSINESS TRUST, and WAL-MART STORES, INC.,<br><br>      Defendants.<br>_____/ | **NEW CASE NO. 1:13-cv-1150-BAM**<br><br>ORDER ASSIGNING CASE<br>RE PRESIDING JUDGE<br><br>Old Case No.  1:13-cv-1150 AWI-BAM |

    IT IS HEREBY ORDERED that the above-entitled action be assigned to the docket of Judge BARBARA A. MCAULIFFE as Presiding Judge of the above entitled action.  Plaintiff Albert Curtis and Defendants Wal-Mart Trust, *et al*., filed their consents under Title 28, U.S.C. Sec. 636(c)(1) to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment. *See* (Docs. 12, 15).

    All future pleadings shall be numbered as follows:

**1:13-cv-1150 BAM**

IT IS SO ORDERED.

Dated:   December 19, 2013                             _____
                                                          SENIOR  DISTRICT  JUDGE