Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Albert George Curtis

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT GEORGE CURTIS,<br><br>    Plaintiff,<br><br>    vs.<br><br>WAL-MART REAL ESTATE BUSINESS TRUST, a Delaware statutory trust, et al.,<br><br>    Defendants. | No. 1:13-cv-01150-BAM<br><br>**STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; ORDER** |

**IT IS HEREBY STIPULATED** by and between Plaintiff, Albert George Curtis ("Plaintiff"), and Defendants, Wal-Mart Real Estate Business Trust, a Delaware statutory trust; and Wal-Mart Stores, Inc. dba Walmart (collectively "Defendants) and together with Plaintiff, (the "Parties"), the parties hereto, through their respective attorneys of record, that Plaintiff may file a First Amended Complaint, a copy of which is attached hereto as Exhibit "A." **By this Stipulation Defendants concede only that Plaintiff may amend his complaint to make additional allegations but they do not admit the truth or propriety of the allegations and reserve all rights in connection therewith.** This amendment will not modify any date or deadline fixed by the Court's Scheduling Conference Order dated December 23, 2013 (ECF No. 21) pursuant to Fed. R. Civ. P. 16(b)(4).

**IT IS FURTHER STIPULATED** that Plaintiff will file his First Amended Complaint within five (5) calendar days of the Court's Order permitting such filing, and that Defendants'

STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; ORDER

Page 1

response thereto shall be filed within twenty-one (21) days after the First Amended Complaint is filed.

**IT IS SO STIPULATED**.

Dated: February 14, 2014                MOORE LAW FIRM, P.C.

                                        */s/ Tanya E. Moore*
                                        Tanya E. Moore
                                        Attorneys for Plaintiff,
                                        Albert George Curtis

Dated: February 20, 2014                LIM RUGER & KIM, LLP

                                        */s/ Bryan King Sheldon*
                                        Bryan King Sheldon
                                        Attorneys for Defendants,
                                        Wal-Mart Real Estate Business Trust, a Delaware statutory trust; and Wal-Mart Stores, Inc. dba Walmart

## ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff shall file his First Amended Complaint, a copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is filed.

**IT IS FURTHER ORDERED** that Defendants' response thereto shall be filed within twenty-one (21) days after the First Amended Complaint is filed.

IT IS SO ORDERED.

Dated: **February 21, 2014**              /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE

STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; ORDER