UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT GEORGE CURTIS,<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART REAL ESTATE BUSINESS TRUST, a Delaware Statutory Trust; WAL-MART STORES, INC. dba WALMART,<br><br>Defendants. | Case No.  13-cv-01150-AWI-BAM<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER FOR STANDARD LITIGATION** |

GOOD CAUSE APPEARING, and pursuant to the "Stipulated Protective Order for Standard Litigation" (Doc. 32) submitted to the Court for approval, IT IS HEREBY ORDERED that the parties' Stipulated Protective Order is APPROVED.

IT IS SO ORDERED.

Dated:   **April 23, 2014**          /s/ *Barbara A. McAuliffe*          
                                   UNITED STATES MAGISTRATE JUDGE

{00905347.DOC}

1

ORDER
RE; STIPULATED PROTECTIVE ORDER FOR STANDARD LITIGATION