UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT GEORGE CURTIS, | CASE NO.  1: 13-cv-01150-BAM |
| Plaintiff, | |
| vs. | |
| WAL-MART REAL ESTATE BUSINESS TRUST, AND WAL-MART STORES, INC. | |
| Defendants. / | |

On December 23, 2013, the Court issued an order setting trial and discovery deadlines in this case. (Doc. 21).  A discovery dispute arose and on April 29, 2014, the Court held an informal discovery conference.  During the discussion with counsel the parties argued as to whether Plaintiff's interrogatories as phrased exceeded the numerical limit on interrogatories permitted under Federal Rule of Civil Procedure 33.  Finding that a good faith dispute had arisen as to the interpretation of discovery, the Court orally agreed to amend the scheduling order.

Accordingly, the Court, having considered the arguments of counsel at the informal discovery conference, finds that good cause exists to continue the discovery deadlines to the following dates:

1.   **Non-Expert Discovery Cutoff:**    June 15, 2014
2.   **Expert Disclosures:**    July 1, 2014
3.   **Rebuttal Expert Disclosures:**    July 8, 2014

1

1 | **4.** **Expert Discovery Cutoff:** August 26, 2014

2 | The Dispositive Motion, Pretrial Conference and Jury Trial dates will remain as set in the
3 | December 23, 2013 Scheduling Order. (Doc. 21).

5 | IT IS SO ORDERED.

6 | Dated: **April 30, 2014**         /s/ *Barbara A. McAuliffe*
7 |                                   UNITED STATES MAGISTRATE JUDGE