# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT GEORGE CURTIS, | ) No. 1:13-cv-01150-BAM |
| Plaintiff, | ) **ORDER OF DISMISSAL** |
| vs. | ) |
| WAL-MART REAL ESTATE BUSINESS TRUST, a Delaware Statutory Trust, et al., | ) |
| Defendants. | ) |

The parties having stipulated that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety and each party is to bear its own attorneys' fees and costs, IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated:   **June 2, 2014**          /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE